AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United States District Court, Central District of California<br>312 N. Spring St., Los Angeles, CA 90012 |
| DOCKET NO.   DATE FILED<br>CV05-4220 RGK   JUN 10 2005 | |
| PLAINTIFF | DEFENDANT |
| Barry D. Galvin p/k/a Bari-Bari; and Christine Leonard p/k/a Christianna, both d/b/a Pagan Musik Ltd., Pagen Musik Ltd. and Mephisto Walz | Cleopatra Records Inc., Hot Topic, Inc., Emusic.com Inc. and Does 1-10 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SRu 86-793 | Fall and Winter 1985 Songs | Barry D. Galvin |
| 2 | SRu 118-018 | Summer 1987 Collection | Barry Galvin |
| 3 | SR 366-654 | Eternal Deep | Barry D. Galvin and Christine Leonard |
| 4 | SR 366-401 | Thalia | Barry D. Galvin and Christine Leonard |
| 5 | SR 262-091 | Immersion | Barry D. Galvin and Christine Leonard |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☒ No | DATE RENDERED<br>8-9-06 |
|---|---|---|
| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>MADELINA GUERRERO | DATE<br>DEC - 3 2007 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

JUN 16 2005

AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| [x] ACTION   [ ] APPEAL | COURT NAME AND LOCATION<br>United Stated District Court, Central District of California |
|---|---|
| DOCKET NO. | DATE FILED | 312 N. Spring St., Los Angeles, CA 90012 |

| PLAINTIFF<br>Barry D. Galvin p/k/a Bari-Bari; and Christine Leonard p/k/a Christianna, both d/b/a Pagan Musik Ltd., Pagen Musik Ltd. and Mephisto Walz | DEFENDANT<br>Cleopatra Records Inc., Hot Topic, Inc., Emusic.com Inc. and Does 1-10 |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | SR 358-829 | Early Recordings 1985 1988 | Barry D. Galvin |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>[ ] Amendment   [ ] Answer   [ ] Cross Bill   [ ] Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>[x] Order   [ ] Judgment | WRITTEN OPINION ATTACHED<br>[ ] Yes   [x] No | DATE RENDERED<br>8-9-06 |
|---|---|---|
| CLERK<br>SHERRI R. CARTER | (BY) DEPUTY CLERK<br>MADELINA GUERRERO | DATE<br>DEC - 3 2007 |

DISTRIBUTION:  1) Upon initiation of action, mail copy to Register of Copyrights   2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights   3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court   5) Case File Copy

1  EVAN S. COHEN (State Bar # 119601)
   ecohen@manifesto.com e-mail
2  S. MARTIN KELETI (State Bar # 144208)
   keleti@manifesto.com e-mail
3  COHEN AND COHEN
   740 North La Brea Avenue
4  Los Angeles, California 90038-3339
   (323) 938-5000 Telephone
5  (323) 936-6354 Facsimile

6  Attorneys for defendants
   CLEOPATRA RECORDS, INC.,
7  HOT TOPIC, INC., and
   EMUSIC.COM INC.

FILED
CLERK, U S DISTRICT COURT
AUG - 9 2006
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

Priority ✓
Send ✓
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

# United States District Court
# Central District of California

BARRY D. GALVIN, et al.

    Plaintiffs,

    v.

CLEOPATRA RECORDS, INC., et al.

    Defendants.

No. CV-05 04220 RGK (MANx)

STIPULATION TO DISMISS ACTION;

[PROPOSED] ORDER

DOCKETED ON CM
AUG 10 2006
BY                 005

35

1
Stipulation for Dismissal

## STIPULATION

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, plaintiffs Barry D. Galvin and Christine Leonard, through their attorney Joey Arnel Sayson, and defendants Cleopatra Records, Inc., Hot Topic, Inc., and eMusic.com, Inc., through their attorneys, Cohen and Cohen, stipulate to dismissal of the entire action with prejudice, as to all parties, without costs or attorney fees.

Dated: August 8, 2006

COHEN AND COHEN
EVAN S. COHEN
S. MARTIN KELETI

By: *[signature]*
S. MARTIN KELETI
Attorneys for defendants

Dated: August 7, 2006

LAW OFFICES OF JOEY ARNEL SAYSON

By: *[signature]*
JOEY ARNEL SAYSON
Attorneys for plaintiffs

## ORDER

*IT IS SO ORDERED.*

Dated: AUG 0 9 2006

*[signature]*
HON. R. GARY KLAUSNER
United States District Judge

---

2
Stipulation for Dismissal